JUL 12 2011 08:11 FR USMS          202 616 2464 TO 913043475607        P.01/03
.202 879 0146

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CRIMINAL DIVISION

**COMPLAINT**

DCTN: _____
Lockup No: _____
Case No: _____

**District of Columbia ss:**

**Defendant's Name:** Samantha Long                                    10106943
(First)    (MI)    (Last)                    (PDID)        (CCNO)

**Also Known As:** _____
(First)    (Middle)    (Last)

**Address:** 1012 2ND AVENUE, MARLINTON WV

On or about July 25, 2010, within the District of Columbia, SAMANTHA LONG wrongfully obtained and used property of a value of $4,000 or more, belonging to CHRISTOPHER LANE, consisting of VARIOUS CLOTHING AND A LAPTOP, with the intent to appropriate the property for her own use and to deprive CHRISTOPHER LANE of a right to and benefit of the property. (First Degree Theft, in violation of 22 D.C. Code, Section 3211, 3212 (a) (2001 ed.))

NOTE: Pursuant to Act of Congress, July 29, 1970 Pub. L. 91-358, Sec. _____, _____ 24 Stat. 528 (23 District of Columbia _____ _____ _____ are servable _____ _____ _____ _____ _____. Fugitives _____ _____ _____ _____ seized pursuant to _____ _____ _____ _____ procedure as if the warrant had been issued by the United States District Court for the District of Columbia.

**Co-Defendants:**

3:11mj48

DET. A. _____  D2-1484
_____
Affiant's Name

Subscribed and sworn to before me this __20__ day of __September, 2010__

_____
(Judge) (Deputy Clerk)

### WARRANT

To The United States Marshal or any other authorized federal officer or the Chief of Police of the District of Columbia:
WHEREAS the foregoing complaint and affidavit supporting the allegations thereof have been submitted, and there appearing probable cause and reasonable grounds for the issuance of an arrest warrant for __Samantha Long__
YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE SAID COURT OR OTHER PERSON ENUMERATED IN 18 U.S.C. 3041 forthwith to answer said charge.

Issued __9/20/10__

_____
Judge - Superior Court of the District of Columbia

A TRUE COPY
TEST _____

Rule 105: ☐  _____
                    Judge

| Sex: Female | DOB: 05/18/1988 | CCN: 10106943 | PDID: |
| Papering Officer: Ow3ens (3d) | | | Badge No.: D21___ |

**OFFICER MUST EXECUTE RETURN**

**Officer's Name:** _____  **Date / Time:** _____

**AUSA Signature:** _____

T100349243

JUL 1 2 2011

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

JUL 12 2011 08:11 FR USMS        202 616 2464 TO 913043475607    P.02/03
202 879 0146

## Superior Court of the District of Columbia
### CRIMINAL DIVISION
### AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

USW NO.: 2010 CRW 0022V6

| DEFENDANT'S NAME: Long, Samantha | NICKNAME: | ALIASES: | CCN: 10-106943 | PDID: |
|---|---|---|---|---|

| SEX: F | RACE: W | DOB: 5/18/88 | HGT: 5'0 | WGT: 110 | EYES: Brown | HAIR: Black | COMPL: Light | SCARS, MARKS, TATOOS |
|---|---|---|---|---|---|---|---|---|

| DEFENDANT'S HOME ADDRESS: 1012 2nd Avenue, Marlinton WV 24954 | TELEPHONE NUMBER: 1-304-651-1176 (Cell phone) |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: 6515 MacCorkle Avenue S.E, Charleston WV | TELEPHONE NUMBER: (304) 926-8459 |
| COMPLAINANT'S NAME: Christopher Lane | TELEPHONE NUMBER: (804) 426 2201 |
| LOCATION OF OFFENSE: 1919 Connecticut Avenue NW, Washington DC. | DATE OF OFFENSE: July 25, 2010 — TIME OF OFFENSE: 12:40 pm |

CAUTION AND MEDICAL CONDITIONS (CMC) Select a valid CMC code below for wanted person when using the caution indicator.
- 00 = Armed and Dangerous
- 05 = Violent Tendencies
- 10 = Martial Arts Expert
- 15 = Explosive Expertise
- 25 = Escape Risk
- 30 = Sexually Violent Predator
- 50 = Heart Condition
- 55 = Hemophiliac
- 55 = Alcoholic
- 60 = Allergies
- 65 = Epilepsy
- 70 = Suicidal
- 20 = Known to abuse drugs
- 90 = Diabetic
- 80 = Medication Required
- 01 = other

**GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:**

On July 27, 2010 the complainant reports to the Metropolitan Police Department that the defendant stole his property from out of his hotel room while staying at the Washington Hilton Hotel located at 1919 Connecticut Avenue NW, Washington DC.

The complainant further advises that during the week of July 22, 2010 he and the defendant checked into the Washington Hilton Hotel for a weekend stay. Several days into this stay the complainant advises that he broke off his relationship with the defendant. After breaking off the relationship, the complainant advises that he and the defendant left the hotel and the complainant drove the defendant back to Richmond Virginia.

Once the complainant returned back to his hotel room the complainant noticed that his Hewlett Packard laptop computer and all his clothing had been stolen. The complainant at this point made contact with hotel security who checked their surveillance system which captured the defendant entering back into the hotel on July 25, 2010. The complainant also advised he made contact with the defendant who stated that she did have the complainant's property but refused to return the property back to the complainant. When the complainant could not get the defendant to return his property the complainant filed this police report. The complainant values his property at $4,000.

The complainant identifies the defendant to be Samantha Long a person whom he has had a romantic relationship with for the past several months and provided the Affiant with the defendant's Facebook photograph. During this investigation, the Affiant made contact with the defendant's employer who confirmed that the defendant did in fact work for their company and provided the Affiant with the defendant's DOB, SSN & home address.

Based on the aforementioned facts and circumstances the Affiant believes probable cause exist. Therefore the Affiant respectfully request a DC Superior court Judge issue an arrest warrant for the defendant.

AFFIANT'S SIGNATURE:
x DET. ADRIAN OWENS

TO: WARRANT CLERK
PLEASE ISSUE A WARRANT FOR:
Samantha Long
Charge With: Theft T (DV)
Patricia McVoy 9.20.10
ASSISTANT UNITED STATES ATTORNEY

FILED

SUBSCRIBED AND SWORN BEFORE ME THIS ___ DAY OF _____ 20__
(JUDGE) DEPUTY CLERK SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Form CD (17)-1050          Revision Date: 11-29-06

JUL 1 2 2011

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia